UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
**FILED**
October 4, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>v.                            )<br>                              )<br>MARIA C. VASQUEZ,             )<br>                              )<br>           Defendant.         ) | Case No. 2:18PO00292-CKD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARIA C. VASQUEZ__ , Case No. __2:18PO00292-CKD__ , Charge __36CFR1.218(12)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        __ (Other) __

Issued at __Sacramento, CA__ on __October 4, 2018__ at __2:59 pm__ .
The defendant shall be released on 10/05/2018 to the pretrial services officer.

        By   /s/ Allison Claire/s/ Allison Claire
            Allison Claire
            United States Magistrate Judge

Copy 2 - Court